SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Custom Truck Accessories Inc.,<br>et al,<br><br>    Defendants | Case No. **2:11-cv-02905-MCE-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JANUARY 23, 2012 FOR DEFENDANTS CUSTOM TRUCK ACCESSORIES INC. INDIVIDUALLY AND D/B/A CUSTOM TRUCK ACCESSORIES; JAMES R. FUGLESTAD INDIVIDUALLY AND AS TRUSTEE OF THE LIVING TRUST OF JAMES R. FUGLESTAD AND JUDY E. FUGLESTAD DATED SEPTEMBER 30, 1998; JUDY E. FUGLESTAD INDIVIDUALLY AND AS TRUSTEE OF THE LIVING TRUST OF JAMES R. FUGLESTAD AND JUDY E. FUGLESTAD DATED SEPTEMBER 30, 1998 TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Custom Truck Accessories Inc. Individually and d/b/a Custom Truck Accessories; James R. Fuglestad Individually and as Trustee of the Living Trust of James R. Fuglestad and Judy E. Fuglestad dated September 30, 1998; Judy E. Fuglestad Individually and as Trustee of

the Living Trust of James R. Fuglestad and Judy E. Fuglestad dated September 30, 1998, by and through their respective attorneys of record, Scott N. Johnson; Stephen E. Horan, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants Custom Truck Accessories Inc. Individually and d/b/a Custom Truck Accessories; James R. Fuglestad Individually and as Trustee of the Living Trust of James R. Fuglestad and Judy E. Fuglestad dated September 30, 1998; Judy E. Fuglestad Individually and as Trustee of the Living Trust of James R. Fuglestad and Judy E. Fuglestad dated September 30, 1998 are granted an extension until January 23, 2012 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Custom Truck Accessories Inc. Individually and d/b/a Custom Truck Accessories; James R. Fuglestad Individually and as Trustee of the Living Trust of James R. Fuglestad and Judy E. Fuglestad dated September 30, 1998; Judy E. Fuglestad Individually and as Trustee of the Living Trust of James R.

{00972180.DOC}STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

Fuglestad and Judy E. Fuglestad dated September 30, 1998 response will be due no later than January 23, 2012.

IT IS SO STIPULATED effective as of December 20, 2011

Dated:   December 22, 2011          /s/Stephen E. Horan___
                                    Stephen E. Horan,
                                    Attorney for Defendants

Dated:   December 20, 2011          /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Custom Truck Accessories Inc. Individually and d/b/a Custom Truck Accessories; James R. Fuglestad Individually and as Trustee of the Living Trust of James R. Fuglestad and Judy E. Fuglestad dated September 30, 1998; Judy E. Fuglestad Individually and as Trustee of the Living Trust of James R. Fuglestad and Judy E. Fuglestad dated September 30, 1998 shall have until January 23, 2012 to respond to complaint.

Dated:   January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE